# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144499

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

E. T. MACKENZIE CO.,
      Plaintiff/Counter-Defendant/
      Cross-Plaintiff/Cross-Defendant-
      Appellant,

v

RBS CONSTRUCTION, INC. a/k/a RBS
COMPANIES, INC. and KBB CONSTRUCTION,
INC.,
      Defendants,

and

LANSING CLASSIC LIVING, L.L.C.,
      Defendant/Counter-Defendant/
      Cross-Defendant,

and

INDEPENDENT BANK WEST MICHIGAN,
      Defendant/Counter-Plaintiff/
      Counter-Defendant/Cross-Plaintiff/
      Third-Party Plaintiff-Appellee,

v

KEBS, INC., SPARTAN IRRIGATION, INC.,
AMERI-CONSTRUCTION & CONCRETE, INC.,
TREES, INC., and MPC CASH-WAY LUMBER,
CO.,
      Third-Party Defendants/Third-Party
      Cross-Plaintiffs/Third-Party Counter-
      Plaintiffs-Appellants,

and

G & B SUPPLY CO., HARRIS HOMES
CARPENTRY, INC., MCGUIRE

SC: 144499
COA: 297406
Clinton CC: 06-010088-CH

MECHANICAL, INC., THOMAS H. MALLORY,
PARAGON CONSTRUCTION CO., LTD., VANS
EXCAVATING, LTD., KENNETH F. DANTER,
WILLIAM E. HOLLAND, III, CHRISTENSEN'S
PLANT CENTER, INC., GUNNER PLUMBING,
INC., STREAMLINE ENTERPRISES, INC.,
TODD FISHER a/k/a TF & KC PAINTING, INC.,
TOTAL OUTDOOR SERVICES, INC.,
MCPHERSON BUILDERS, INC., and E.W.
KITCHENS, INC.,
        Third-Party Defendants,

and

THOMPSON-MCCULLY ASPHALT PAVING,
L.L.C. a/k/a MICHIGAN PAVING &
MATERIALS CO. d/b/a SPARTAN ASPHALT
PAVING CO.,
        Third-Party Defendant/Third-Party
        Counter-Plaintiff/Third-Party
        Cross-Plaintiff-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012
                                                    Clerk

p0716